UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-30048 |
| | ) | |
| MATEO ALONZO-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District

On August 2, 2011, U.S. Magistrate Judge Byron G. Cudmore issued a Report and Recommendation which accepted Defendant Mateo Alonzo-Gomez's plea of guilty to an Information. See d/e 26. Because no party has filed an objection, this Court ACCEPTS the Report and Recommendation (d/e 26). Therefore, the Defendant is adjudged guilty.

IT IS SO ORDERED.

ENTERED: August 18, 2011

FOR THE COURT:           s/ Sue E. Myerscough
                         SUE E. MYERSCOUGH
                    UNITED STATES DISTRICT JUDGE